UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JQ PROPERTIES, LP, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-05420-TSH<br><br>**ORDER TO SHOW CAUSE** |

On December 9, 2021, Plaintiff Orlando Garcia filed a status report indicating that "the defendants have completely settled the issues raised in the plaintiff's complaint," but "the cross-claim filed by Defendants/Crossclaimants Jq Properties . . . and Pacific Plaza . . . against Defendants/Cross-Defendants Cynthia Yu and Ziyin Guan are still at issue." ECF No. 17. Plaintiff further clarified that "[t]he intent of the dismissal filed on November 2, 2021, was to dismiss only Plaintiff's claims." As such, the Court ordered Jq Properties and Pacific Plaza to file a status report regarding their cross-claims by December 20, 2021. They failed to respond.

Accordingly, the Court **ORDERS** Jq Properties and Pacific Plaza to show cause why their claims against Cynthia Yu and Ziyin Guan should not be dismissed for failure to prosecute and failure to comply with court deadlines. Jq Properties and Pacific Plaza shall file a declaration by January 6, 2022. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 20, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Jq Properties and Pacific Plaza do not intend to prosecute, and their case may be

1  dismissed without prejudice.  Thus, it is imperative the Court receive a written response by the
2  deadline above.
3  **IT IS SO ORDERED.**

5  Dated: December 27, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge